UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBIN WOOLLEY,
An individual,

        Case No.: 8:15-cv-00542

    Plaintiff,
v.

REGIONS BANK,
a foreign for-profit corporation, and
INTEGRITY SOLUTION SERVICES, INC.,
a foreign for-profit corporation,

    Defendants.
_____/

## NOTICE OF PENDING SETTLEMENT

**COMES NOW** Plaintiff, ROBIN WOOLLEY (hereinafter "Plaintiff"), by and through her undersigned counsel, and pursuant to Middle District of Florida, Local Rule 3.08, and hereby submits this *Notice of Pending Settlement* and states:

1. Plaintiff and Defendants, REGIONS BANK and INTEGRITY SOLUTION SERVICES, INC., (hereinafter "Defendants"), have reached a conditional settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing a written settlement agreement and release of liability.

2. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice.

3. To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with Defendants' counsels, and Defendants have no objection to the relief sought.

DATED this 22nd day of April, 2015.

    Respectfully submitted,

    **LEAVENLAW**

    /s/  Aaron M. Swift
    **Ian R. Leavengood, Esq., FBN 0010167**
    **Aaron M. Swift, Esq., FBN 93088**
    **Gregory H. Lercher, Esq., FBN 106991**
    Northeast Professional Center
    3900 First Street North, Suite 100
    St. Petersburg, FL 33703
    Phone:  (727) 327-3328
    Fax: (727) 327-3305
    consumerservice@leavenlaw.com
    aswift@leavenlaw.com
    glercher@leavenlaw.com
    *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 22, 2015 a true and correct copy of the above *Notice of Pending Settlement* was electronically filed via CM/ECF which will electronically mail to counsel of record:

Edmund S. Whitson, III, Esquire
Arnstein & Lehr, LLP
302 Knights Run Avenue
Suite 1100
Tampa, FL 33602
*Attorney for Regions Bank*

Abigail S. Pressler, Esq.
Florida Bar No. 0098072
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
apressler@sessions-law.biz
dvanhoose@sessions-law.biz
*Attorneys for Defendant,*
*Integrity Solution Services, Inc.*

LEAVENLAW

/s/   Aaron M.Swift
**Ian R. Leavengood, Esq., FBN 0010167**
**Aaron M. Swift, Esq., FBN 93088**
**Gregory H. Lercher, Esq., FBN 106991**