**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ROBIN WOOLLEY,
an individual,

                              Case No.: 8:15-cv-00542-VMC-EAJ

    Plaintiff,
v.

REGIONS BANK,
a foreign for-profit corporation, and
INTEGRITY SOLUTION SERVICES, INC.,
a foreign for-profit corporation,

    Defendants.
_____/

**NOTICE OF SETTLEMENT AND**
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**COMES NOW**, Plaintiff, ROBIN WOOLLEY ("Plaintiff"), by and through the undersigned counsel, pursuant to Fed.R.Civ.P. 41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Stipulation for Dismissal with Prejudice*. Pursuant to Plaintiff's settlement with REGIONS BANK and INTEGRITY SOLUTION SERVICES, INC. (hereinafter collectively, "Defendants"), Plaintiff states as follows:

    1.    A confidential settlement has been reached between Plaintiff and Defendants in the above-styled case.

    2.    Plaintiff's claims are being dismissed with prejudice.

    3.    The Parties shall bear their own attorney's fees and costs.

    4.    To the extent this Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that he has consulted with the office of Defendant's counsel, and Defendant's counsel has no objection to the relief sought.

Submitted this 15th day of June 2015.

>Respectfully submitted,
>
>**LEAVENLAW**
>
>/s/  Aaron M. Swift
>**Ian R. Leavengood, Esq., FBN 0010167**
>**Aaron M. Swift, Esq., FBN 93088**
>**Gregory H. Lercher, Esq., FBN 106991**
>Northeast Professional Center
>3900 First Street North, Suite 100
>St. Petersburg, FL 33703
>Phone:  (727) 327-3328
>Fax: (727) 327-3305
>consumerservice@leavenlaw.com
>aswift@leavenlaw.com
>glercher@leavenlaw.com
>*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Settlement and Stipulation for Dismissal with Prejudice* has been furnished either electronically or by U.S. Mail this 15th day of June 2015 to:

Edmund S. Whitson, III, Esquire
Arnstein & Lehr, LLP
302 Knights Run Avenue, Suite 1100
Tampa, FL 33602
*Attorneys for Defendant Regions Bank*

Abigail S. Pressler, Esq.
Dayle M. Van Hoose, Esq.
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive, Suite 195
Tampa, FL 33618
apressler@sessions-law.biz
dvanhoose@sessions-law.biz
*Attorneys for Defendant Integrity Solution Services, Inc.*

>/s/ *Aaron M. Swift*
>Attorney